

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-31-2005

# Dibella v. Beachwood

Precedential or Non-Precedential: Precedential

Docket No. 03-4892

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

## Recommended Citation

"Dibella v. Beachwood" (2005). *2005 Decisions.* Paper 1080.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1080

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No: 03-4892/04-1257

———————————

ROBERT DIBELLA; JOHN MCLAUGHLIN,

Appellants - (Case No.03-4892)
v.

BOROUGH OF BEACHWOOD, a municipality
organized under the laws of the State
of New Jersey; BEACHWOOD POLICE DEPARTMENT;
JOHN WAGNER, CHIEF, in his official capacity
and personally; JOHN ZUPA, POLICE OFFICER,
personally and in his official capacity


ROBERT DIBELLA; JOHN MCLAUGHLIN

v.

BOROUGH OF BEACHWOOD, a municipality organized
under the laws of the State of New Jersey;
BEACHWOOD POLICE DEPARTMENT; JOHN WAGNER,
Chief, in his official capacity and personally;
JOHN ZUPA, Police Officer, personally and in
his official capacity

Appellants - (Case No. 04-1257)
———————————

On Appeal from the United States District Court
for the District of New Jersey
District Court No. 02-CV-3883
District Judge: The Honorable Garrett E. Brown, Jr.

———————————

Argued on January 11, 2005

Before: ROTH and CHERTOFF[*], *Circuit Judges*, and SHAPIRO,[**] *District Judge*.

Harry J. Levin, Esquire (Argued)
Colleen F. Cyphers
Levin & Cyphers
1410 Hooper Avenue
Toms River, NJ 08753

      Counsel for Appellants/Cross Appellees

David R. Leahy, Esquire (Argued)
Gilmore & Monahan
10 Allen Street
P.O. Box 1540
Toms River, NJ 08754

      Counsel for Appellees/Cross Appellants

## ORDER  AMENDING OPINION

ROTH, Circuit Judge

IT IS ORDERED that the published Opinion in the above case filed May 12, 2005, be amended as follows:

On Page 5, change the citation for *Wittekamp v. Gulf* to reflect only the "U.S." citation, i.e., 510 U.S. 917 (1993).

On Page 6, paragraph 3, 3rd line, the *id*. page number for the *Albright v. Oliver* citation should be changed from 812 to 271.

---

[*] Judge Chertoff heard oral argument in this case but resigned prior to the time the opinion was filed.  The opinion is filed by a quorum of the panel.  28 U.S.C. § 46(d).

[**]Honorable Norma L. Shapiro, Senior District Judge for the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

On Page 7, 1st line, the *id.* page number should be changed from 813 to 273.

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: May 31, 2005